SUSAN S. MUCK (CSB NO. 126930)
smuck@fenwick.com
CATHERINE KEVANE (CSB NO. 215501)
ckevane@fenwick.com
JENNIFER BRETAN (CSB NO. 233475)
jbretan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone:    (415) 875-2300
Facsimile:    (415) 281-1350

RONNIE SOLOMON (CSB NO. 284923)
rsolomon@fenwick.com
Silicon Valley Center, 801 California Street
Mountain View, California 94041
Phone: 650.988.8500
Fax: 650.938.5200

Attorneys for Defendants Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL BRADO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOCERA COMMUNICATIONS, INC., ROBERT J. ZOLLARS, BRENT D. LANG, MARTIN J. SILVER, WILLIAM R. ZERELLA, BRIAN D. ASCHER, JOHN B. GROTTING, JEFFREY H. HILLEBRAND, HOWARD E. JANZEN, JOHN N. MCMULLEN, HANY M. NADA, DONALD F. WOOD, J.P. MORGAN SECURITIES LLC, PIPER JAFFRAY & CO., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., WELLS FARGO SECURITIES, LLC, and LEERINK SWANN LLC,<br><br>Defendants. | Case No. CV 13-03567 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCES**<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed: August 1, 2013 |

| | |
|---|---|
| DALE DUNCAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VOCERA COMMUNICATIONS, INC., ROBERT J. ZOLLARS, BRENT D. LANG, MARTIN J. SILVER, WILLIAM R. ZERELLA, BRIAN D. ASCHER, JOHN B. GROTTING, JEFFREY H. HILLEBRAND, HOWARD E. JANZEN, JOHN N. MCMULLEN, HANY M. NADA, DONALD F. WOOD, J.P. MORGAN SECURITIES LLC, PIPER JAFFRAY & CO., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., WELLS FARGO SECURITIES, LLC, and LEERINK SWANN LLC,<br><br>Defendants. | Case No. CV 13-03872 EMC<br><br>Judge: The Honorable Edward M. Chen<br><br>Date Action Filed: August 21, 2013 |

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT
CONFERENCE

CASE NO. CV 13-03567 EMC
CASE NO. CV 13-03872 EMC

WHEREAS, the above-captioned actions, *Brado v. Vocera Communications, Inc. et al.*, Case No. CV-13-03567 EMC, filed on August 1, 2013 ("*Brado*") and *Duncan v. Vocera Communications, Inc. et al.,* Case No. CV-13-03872 EMC, filed on August 21, 2013 ("*Duncan*") (together, the "Securities Actions"), are proposed class actions alleging violations of the federal securities laws against Vocera Communications, Inc., ("Vocera" or the "Company"), certain individual officers and directors of the Company, and certain investment banks that served as underwriters in connection with the Company's initial public offering, (collectively, "Defendants"); and

WHEREAS, on August 1, 2013, this Court issued an Order Setting Initial Case Management Conference And ADR Deadlines (Dkt. No. 2) in *Brado*, the first-filed action, setting the following deadlines:

1. **October 10, 2013** for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Local Rules" or "Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding discovery, early settlement, and the ADR Multi-Option Program; and

2. **October 24, 2013** for the parties to file a Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Joint Case Management Statement; and

3. **October 31, 2013 at 9:00 a.m.** for an initial case management conference; and

WHEREAS, on September 17, 2013, the Court issued an Order deeming the Securities Actions "related cases" within the meaning of Northern District of California Civil Local Rule ("Civil L.R.") 3-12 and ordering that the case management deadlines in the reassigned case be rescheduled (Dkts. 33, 34);

WHEREAS, the Securities Actions are subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub.L. No. 104-67, 109 Stat. 737 (1995) (the "Reform Act"), which sets forth specialized procedures for the administration of securities class actions; and

| STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE | 1 | CASE NO. CV 13-03567 EMC<br>CASE NO. CV 13-03872 EMC |
|---|---|---|

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, the Reform Act provides for the appointment of a lead plaintiff to act on
2  behalf of the purported class following consolidation (15 U.S.C. §78u-4(a)(3)(B)(ii)); and
3  WHEREAS, on September 30, 2013, motions for consolidation and for appointment of
4  lead plaintiff in the consolidated action are expected to be filed ("Lead Plaintiff Motions"); and
5  WHEREAS, the process for approval of lead counsel will follow the Court's
6  determination on lead plaintiff; and
7  WHEREAS, thereafter, the parties expect the Court to set a schedule for a consolidated
8  complaint to be filed; and
9  WHEREAS, defendants anticipate filing motion(s) to dismiss in response to the
10  consolidated complaint and that the parties will submit a briefing schedule to the Court in
11  connection with any such motion(s); and
12  WHEREAS, pursuant to the Reform Act, unless otherwise ordered by the Court,
13  discovery in this action is stayed during the pendency of any motion to dismiss (15 U.S.C. § 78u-
14  4(b)(3)(B)); and
15  WHEREAS, counsel for the plaintiffs and defendants in the above-captioned actions
16  respectfully submit that good cause exists to vacate the existing October 31, 2013 initial case
17  management conference and associated ADR deadlines until such time as the Court has the
18  opportunity to rule on the appointment of lead plaintiff and approval of lead counsel.
19  IT IS ACCORDINGLY STIPULATED, pursuant to Civil L.R. 7-12, by and between the
20  undersigned counsel for the parties, that:
21     i.  Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled
22  for October 31, 2013 be vacated, along with any associated deadlines under the
23  Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date that
24  is either 30 days after the filing of the consolidated complaint or 30 days after the
25  Court rules on defendants' anticipated motion(s) to dismiss the consolidated
26  complaint, as the Court shall determine to be appropriate; and
27     ii.  that all associated ADR Multi-Option Program deadlines likewise be deferred; and
28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT    2    CASE NO. CV 13-03567 EMC
CONFERENCE                                                            CASE NO. CV 13-03872 EMC

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

      iii.    that any case management conference and associated deadlines being rescheduled by the Court in the recently related *Duncan* matter, Case No. CV-13-03872 EMC, be similarly scheduled in light of the foregoing.

Dated: September 19, 2013      FENWICK & WEST LLP

By: /s/ *Jennifer C. Bretan*
     Jennifer C. Bretan, Esq.

555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Vocera Communications, Inc., Robert J. Zollars, Brent D. Lang, Martin J. Silver, William R. Zerella, Brian D. Ascher, John B. Grotting, Jeffrey H. Hillebrand, Howard E. Janzen, John N. McMullen, Hany M. Nada, and Donald F. Wood

Dated: September 19, 2013      HOGAN LOVELLS US LLP

By: /s/ *Norman J. Blears*
     Norman J. Blears, Esq.

525 University Avenue, 4th Floor
Palo Alto, CA 94301
Phone: (650) 463-4001
Fax: (650) 463-4199

Attorneys for Defendants J.P. Morgan Securities LLC, Piper Jaffray & Co., Robert W. Baird & Co. Incorporated, William Blair & Company, L.L.C., Wells Fargo Securities, LLC, and Leerink Swann LLC

Dated: September 19, 2013      SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

By: /s/ *Hal Cunningham*
     Hal Cunningham, Esq.

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax: (310) 201-9160

Attorneys for Plaintiff Michael Brado

Dated: September 19, 2013      GLANCY BINKOW & GOLDBERG LLP

By: /s/ *Robert Prongay*
Robert Prongay, Esq.

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Phone: (310) 201-9150
Fax: (310) 201-9160

Attorneys for Plaintiff Dale Duncan

Pursuant to Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 19, 2013      By: /s/ *Jennifer C. Bretan*
Jennifer C. Bretan

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The CMC is reset for 1/23/14 at 9:00 a.m. A joint CMC Statement shall be filed by 1/16/14.

Dated: 9/23/13

Hon. Edward M. Chen
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE      4      CASE NO. CV 13-03567 EMC
CASE NO. CV 13-03872 EMC